```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 15413
    MARILYN V JACKSON
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-7018

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 08/24/2007 and was confirmed 12/18/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 08/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
MAJOR LEAGUE AUTO SALES  SECURED NOT I         .00            .00            .00
MIDLAND CREDIT MANAGEMEN UNSECURED          200.00            .00            .00
AFNI INC                 UNSECURED       NOT FILED            .00            .00
ASSET ACCEPTANCE LLC     UNSECURED          635.85            .00            .00
CAVALRY PORTFOLIO SERVIC UNSECURED       NOT FILED            .00            .00
CAVALRY PORTFOLIO SERVIC UNSECURED       NOT FILED            .00            .00
CBCS                     UNSECURED       NOT FILED            .00            .00
CREDIT MANAGEMENT CONTRO UNSECURED       NOT FILED            .00            .00
DEBT CREDIT SERVICES     UNSECURED       NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED          699.22            .00            .00
JENNIFER L MCALLISTER &  UNSECURED       NOT FILED            .00            .00
LELAND SCOTT & ASSOC     UNSECURED       NOT FILED            .00            .00
LINCOLN MOTOR MART       UNSECURED       NOT FILED            .00            .00
MIDLAND CREDIT MANAGEMEN UNSECURED       NOT FILED            .00            .00
MIDLAND CREDIT MANAGEMEN UNSECURED       NOT FILED            .00            .00
PROFESSIONAL ACCOUNT MGM UNSECURED       NOT FILED            .00            .00
RJM AQUISITIONS FUNDING  UNSECURED       NOT FILED            .00            .00
ASSET ACCEPTANCE LLC     UNSECURED          613.62            .00            .00
COMMONWEALTH EDISON      UNSECURED          955.15            .00            .00
T MOBILE                 UNSECURED          136.69            .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      3,493.00                       1,572.79
TOM VAUGHN               TRUSTEE                                           120.01
DEBTOR REFUND            REFUND                                                .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  1,692.80

PRIORITY                                           .00
SECURED                                            .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 15413 MARILYN V JACKSON
```

```
UNSECURED                                                            .00
ADMINISTRATIVE                                                  1,572.79
TRUSTEE COMPENSATION                                              120.01
DEBTOR REFUND                                                        .00
                                        ----------------   ----------------
TOTALS                                          1,692.80           1,692.80
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/20/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
            CASE NO. 07 B 15413 MARILYN V JACKSON